# UNITED STATES DISTRICT COURT

## Western District of Wisconsin

**CHARLES L. HORTMAN,**

    **Petitioner,**

**v.**

**C. HOLINKA, Warden,**

    **Respondent.**

**JUDGMENT**
**on a Motion pursuant to**
**28 U.S.C. § 2241**

Case No. 09-cv-220-bbc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is DISMISSED.

PETER OPPENEER
_____
**Peter Oppeneer, Clerk**

/s/ M. Hardin
_____
**by Deputy Clerk**

_____5/15/09_____
Date